ROBERT McKEEVER, an Infant, by JOSEPH McKEEVER, His Guardian ad Litem, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

Argued October 20, 1938; decided November 22, 1938.

652

*Irving W. Young, Jr., N. H. Egleston, H. N. Wells, Cyrus F. Smythe* and *Charles T. Russell* for appellant. *Charles I Sterling* and *Leo E. Falkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.